(75 South. 209)

No. 20783.

BYAS v. TEXAS & P. RY. CO.

(April 16, 1917. Rehearing Denied May 14, 1917.)

Appeal from Eleventh Judicial District Court, Parish of Natchitoches; W. T. Cunningham, Judge.

Action by Willie Byas, individually and as natural tutrix, against the Texas & Pacific Railway Company. Judgment for defendant, and plaintiff appeals. Affirmed.

Breazeale & Breazeale, of Natchitoches, for appellant. Howe, Fenner, Spencer & Cocke, of New Orleans, and Wm. H. Peterman, of Alexandria, for appellee.

LAND, J. The pleadings and evidence in this case are the same, mutatis mutandis, as in the case of Betty Edwards v. Texas & Pacific Railway (No. 20,782) 75 South. 208,[1] in which the judgment in favor of the defendant has been affirmed by this court.

For the reasons assigned in the opinion handed down in that case, the judgment below must be affirmed.

Judgment affirmed.

SOMMERVILLE, J., takes no part.